PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
**Western District of Texas**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Evan Ray Goodwin                                    Case Number:  7:24CR00015-001

Name of Sentencing Judicial Officer:  Honorable Marcia A. Crone, U.S. District Judge

Date of Original Sentence:  November 12, 2015

Original Offense: Assault Within Maritime and Territorial Jurisdiction, in violation of 18 U.S.C. §113(a)(3)

Original Sentence:  48 months imprisonment followed by 3 years TSR

Type of Supervision:  Supervised Release          Date Supervision Commenced:  October 4, 2023

Assistant U.S. Attorney: Russell Elmer James III      Defense Attorney:  Bernard E. Packard

## PREVIOUS COURT ACTION

On January 30, 2024, Docket No. 1:15CR00050-001 was transferred from the Eastern District of Texas, Beaumont Division, to the Western District of Texas, Midland/Odessa Division, under Docker No. 7:24CR00015-001.

On January 12, 2024, a Report on Offender Under Supervision (12A), was submitted to the court due to use of a controlled substance (2), and failure to participate in mental health treatment. No action was requested.

## PETITIONING THE COURT

☒  The issuance of a warrant
☐  The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer. The defendant shall pay any cost associated with treatment and testing." |
| 2 | "Under the guidance and direction of the U.S. Probation Office, the defendant shall participate in any combination of psychiatric, psychological, or mental health treatment as deemed appropriate by the treatment provider. The defendant shall pay any cost associated with treatment and testing. |
|   | On December 7, 2023, Goodwin participated in a Mental Health and Substance Abuse screening at PremiaCare. On December 18, 2023, Goodwin failed to attend intake for outpatient treatment. On December 6, 2023, Goodwin was instructed to begin participating in the comply random urinalysis program, which he failed to do so. On January 4, 2024, he was admitted to Oceans Behavioral Hospital in Abilene, Texas. On January 8, 2024, Goodwin left the facility "Against Medical Advisement". |

| | |
|---|---|
| 4 | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician." |
| | On January 4, 2024, Goodwin admitted to usage of cocaine on or about January 2, 2024. He also admitted to the usage of cocaine on January 8, 2024. During the intake at Oceans Behavioral Hospital on January 4, 2024, he admitted to using Methamphetamines. |
| 5 | "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." |
| | On December 20, 2023, Goodwin had law enforcement contact with the Texas Department of Public Safety for a traffic violation. On January 8, 2024, Goodwin had law enforcement with Abilene Police Department for several traffic violations. He failed to report both contacts as required. |

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.  (Maximum penalty: __2__ years imprisonment; __3 years__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *Tim Peel* | *A. Irving* |
| Tremane Peel | Shanequa Irving |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (432) 685-0327 | Telephone: (432) 685-0301 |
| | Date:   January 31, 2024 |

cc: Brandi Young, City Chief AUSA
    Brad Richards, ADCUSPO

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

*David Counts*

Honorable David Counts
U.S. District Judge

February 2, 2024
Date